## AFFIDAVIT OF SERVICE BY ELECTRONIC MAIL

Re:   Parkchester Oral and Maxillofacial Surgery Associates, P.C.
      Case No. 23-11015-mew

STATE OF NEW YORK    )
                     )ss.:
COUNTY OF NASSAU     )

Jacqueline Sullivan, being duly sworn, deposes and says:

That I am not a party to this action, am over the age of 18 years, and reside in Massapequa Park, New York.

That on the 24th day of July, 2023, I served the within ***OBJECTION*** upon the Office of the United States Trustee and all parties who filed notice pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure by transmitting a true copy of the same at the e-mail addresses listed below.

***SEE ATTACHED SERVICE LSIT***

_____
Jacqueline Sullivan

Sworn to before me this
24th day of July, 2023.

_____
NOTARY PUBLIC

Frances Alberti
Notary Public, State of New York
Registration #01AL6106703
Qualified in Nassau County
Commission Expires March 15, 2024

### *SERVICE LIST*

Office of the United States Trustee
Attn: Daniel Robert Rudewicz, Esq.
E-Mail – daniel.rudewicz@usdoj.gov

United States Attorney
Attn: David Farber, Esq.
E-Mail – david.farber@usdoj.gov

Cyruli, Shanks & Zizmor, LLP
Attorneys for 1776 Eastchester Realty LLC
Attn: Edmond P. O'Brien, Esq.
E-Mail – eobrien@cszlaw.com

Lynch & Associates
Attorneys for TD Bank, N.A.
Attn: H. Michael Lynch, Esq.
E-Mail – mlynch@jmllaw.com
Attn: Stephen B. McNally, Esq.
E-Mail – steve@mcnallylawllc.com

U.S. Small Business Administration
Attn: Jeffrey H. Schervone, Esq.
E-Mail – jeffrey.shervone@sba.gov