UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

In Re:                                                                                          Chapter 11

Parkchester Oral and Maxillofacial Surgery                              Case No. 23-11015-mew
Associates, P.C.,
                                                                                                  ORDER
        Debtor.

---------------------------------------------------------X

      WHEREAS, the Office of United Sates Trustee having applied for an order providing for the appointment of a patient care ombudsman,

      WHEREAS, the Debtor filed and served an Objection to the motion,

      WHEREAS, the Office of the United States Trustee filed and served a reply,

      A hearing having been conducted before the Honorable Michael P. Wiles on August 2, 2023 and the Debtor appeared by Weinberg, Gross & Pergament LLP by Marc A. Pergament, Esq. and the Office of the United States Trustee appeared by Daniel Rudewitz, Esq., it is hereby

      ORDERED, that the Debtor shall file an affidavit or declaration of Dr. Marlon Moore on or before August 8, 2023, and it is further

      ORDERED, that by August 10, 2023, the Office of the United States Trustee shall advise the Court if it contests any of the facts set forth in the Affidavit of Dr. Moore, and if it does have factual objections, the Court will schedule an evidentiary hearing, but if the Office of the United States Trustee does not contest the facts, the Court will decide the issue without further hearing and based on the legal arguments that already have been made

Dated: New York, New York
      August 4, 2023

                                                                /s/ **Michael E. Wiles**
                                                               UNITED STATES BANKRUPTY JUDGE